IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH W. STEVENS,

    Petitioner,　　　　　　　　　　No. CIV S-05-2546 DFL DAD P

    vs.

BOARD OF PRISON TERMS, et al.,

    Respondent.　　　　　　　　　　<u>ORDER TO SHOW CAUSE</u>

_____/

    Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On April 27, 2007, respondents filed a motion to dismiss.  Petitioner has not filed an opposition to the motion.  Local Rule 78-230(m) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondents' April 27, 2007 motion to dismiss should not be granted.

DATED: June 5, 2007.

*(signed)* Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
stev2546.102hab

1